UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEANNA WILD | * | CIVIL ACTION NO. 2:14-cv-2732 |
| VERSUS | * | JUDGE JANE TRICHE MILAZZO |
| WERNER ENTERPRISES, INC. OF NEBRASKA, AND JULIET JONES | * | MAG. JUDGE MICHAEL B. NORTH |
| | * | JURY TRIAL |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION AND ORDER TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiff, Jeanna Wild, and defendants, Juliet Jones and Werner Enterprises, Inc. (incorrectly sued as "Werner Enterprises, Inc. of Nebraska", and hereinafter referred to as "Werner Enterprises, Inc."), who suggest that all claims in the above-captioned matter have been amicably settled and compromised and move the Court to dismiss this matter in its entirety, with full prejudice, all parties to bear their own costs.

Respectfully submitted,

_____
ABBY LEIGH ROBERTS, #32656
Abby Leigh Roberts, Esq.
Morris Bart, LLC
909 Poydras Street
Suite 200
New Orleans, LA 70112
Tel: (504) 525-8000, ext. 267
Fax: 1-866-458-7753
Email: aroberts@morrisbart.com

**ATTORNEYS FOR PLAINTIFF, JEANNA WILD**

_____
GUY D. PERRIER, #20323
RALPH J. AUCOIN, JR. #31023
Perrier & Lacoste, LLC
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
Tel: (504) 212-8820
Fax: (504) 212-8825
Email: gperrier@perrierlacoste.com
Direct Dial: (504) 212-8822
Email: raucoin@perrierlacoste.com
Direct Dial: (504) 526-1696

**ATTORNEYS FOR DEFENDANTS, JULIET JONES and WERNER ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 2 day of ~~June, at~~ July, their last known address of record.

_____
RALPH J. AUCOIN, JR.